IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:15-cr-344-RBH |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **KRISTY MARIE HARDEE** | ) | **(Dismissing Indictment)** |

**UPON MOTION** of the United States of America by and through its counsel,

**IT IS HEREBY ORDERED AND DECREED** that the Indictment, Criminal Number 4:15-cr-344-RBH, filed March 27, 2015 against the Defendant, KRISTY MARIE HARDEE, be and the same is hereby dismissed without prejudice.

January 17, 2018  s/ R. Bryan Harwell
Florence, South Carolina  R. Bryan Harwell
United States District Judge